STATE OF NEW JERSEY v. GEORGE J. BRUNGARD.

February 3, 1986.

Petition for certification denied.

PHYLLIS SCHULTE v. HOWARD SCHULTE.

February 3, 1986.

Petition for certification denied.

MARINE VIEW PLAZA TENANTS ASSOCIATION v. NEW JER-
SEY HOUSING AND MORTGAGE FINANCE AGENCY.

February 3, 1986.

Petition for certification denied.

STEVE SKARITKA, JR. v. RIEDHAL, INC.

February 3, 1986.

Petition for certification denied.